IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PHILIP R. MEYER,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**                                **Case No. 09-cv-150-DRH**

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

Before the Court is a Report and Recommendations ("R&R") (Doc. 19), issued on August 23, 2010, by United States Magistrate Judge Wilkerson recommending that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 17) be granted. Upon issuance, the R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen days of service (*see* Doc. 19-2). Neither party has filed timely objections to the R&R. Therefore, pursuant to **28 U.S.C. § 636(b)** and Local Rule 73.1(b), this Court need not conduct a *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**. Accordingly, the Court **ADOPTS** the R&R (Doc. 19) in its

entirety.  As such, this matter is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, the case filed to be closed.

**IT IS SO ORDERED.**

Signed this 30th day of September, 2010.

/s/     David R Herndon

**Chief Judge**
**United States District Court**